TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00038-CR

Tony Lockwood, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT

NO. 0973778, HONORABLE BOB PERKINS, JUDGE PRESIDING

Appellant's motion to dismiss this appeal is granted. See Tex. R. App. P. 42.2(a). 
The appeal is dismissed.

 

 Bea Ann Smith, Justice

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Appellant's Motion

Filed: October 29, 1998

Do Not Publish